■ DANIEL DiMARTINO et al., Individually and as Coadministrators of the Estate of NICHOLAS A. DiMARTINO, Deceased, Appellants, v FORD MOTOR COMPANY, Defendant, and TOWN FORD et al., Respondents. (Appeal No. 2.) [690 NYS2d 467] —Order unanimously reversed on the law without costs and motion granted. Same Memorandum as in *DiMartino v Ford Motor Co.* (261 AD2d 957 [decided herewith]). (Appeal from Order of Supreme Court, Genesee County, Dillon, J.—Amend Pleading.) Present—Lawton, J. P., Wisner, Hurlbutt, Callahan and Balio, JJ.